No. 709, Misc. MORA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States. ▪

No. 719, Misc. OVERSTREET *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *M. Gabriel Nahas, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ▪

No. 747, Misc. MORRIS *v.* HOERSTER ET AL. Court of Civil Appeals of Texas, Third Supreme Judicial District. Certiorari denied. ▪

No. 755, Misc. BUND *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Harry Rodwin* and *Richard Rodwin* for petitioner. *Frank S. Hogan* for respondent.

No. 761, Misc. COMER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.

No. 770, Misc. WOODS *v.* KANSAS. Supreme Court of Kansas. Certiorari denied. *James M. Nabrit III* for petitioner. *William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth* and *Richard H. Seaton,* Assistant Attorneys General, for respondent. ▪

No. 777, Misc. HOMCHAK *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. ▪